```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 46995
    REBECCA SCHAFFER
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3829

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/22/2004 and was confirmed 02/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   75.00%.

     The case was paid in full 03/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED         4766.31          .00        3574.73
NEW TRIER FEDERAL C U      SECURED           5925.00       127.31        5925.00
NEW TRIER FEDERAL C U      SPECIAL CLASS     7017.27          .00        7017.27
DELL FINANCIAL             SECURED            100.00         1.94         100.00
DELL FINANCIAL             UNSECURED          402.64          .00         301.98
AMERICAN EXPRESS TRAVEL    UNSECURED        10833.06          .00        8124.80
RESURGENT ACQUISITION LL   UNSECURED         8994.37          .00        6745.78
ECAST SETTLEMENT CORP      UNSECURED           65.20          .00          48.90
RESURGENT ACQUISITION LL   UNSECURED          661.72          .00         496.29
RESURGENT ACQUISITION LL   UNSECURED          236.82          .00         177.62
RESURGENT ACQUISITION LL   UNSECURED         6900.92          .00        5175.69
EVANSTON NW HEALTHCARE     UNSECURED       NOT FILED          .00            .00
EHS                        NOTICE ONLY     NOT FILED          .00            .00
EXXON MOBIL                UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED         2979.49          .00        2234.62
RESURGENT ACQUISITION LL   UNSECURED         3231.72          .00        2423.79
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                      2,653.27
DEBTOR REFUND              REFUND                                         841.01

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             48,670.00

PRIORITY                                         .00
SECURED                                     6,025.00
    INTEREST                                  129.25
UNSECURED                                  36,321.47
ADMINISTRATIVE                              2,700.00
TRUSTEE COMPENSATION                        2,653.27

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 46995 REBECCA SCHAFFER
```

```
DEBTOR REFUND                                                841.01
                                         ---------------   ---------------
TOTALS                                       48,670.00        48,670.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
    Dated: 06/26/08                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE